IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEANNIE CHAVEZ AND BEATRICE CHAVEZ,

    Plaintiffs,

v.    Case No. 1:25-cv-00187

CESAR A. ESTRADA, PAULINO PENA COLMENARES, PULINO PENA COLMENARES AND LUCASS LOGISTICS CORP.,

    Defendants.

## SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25, please take note that Plaintiff, Beatrice Chavez, in the above-captioned matter, died February 17, 2025, and a Motion to Substitute in accordance with Fed. R. Civ. P. 25 will be filed soon.

Respectfully submitted,

GUEBERT GENTILE PIAZZA & JUNKER, P.C.

By: */s/Elizabeth M. Piazza, Esq.*
    Elizabeth M. Piazza
    Andrew N. Corbell
    Post Office Box 93880
    Albuquerque, New Mexico 87199-3880
    (505) 823-2300
    rgentile@guebertlaw.com
    epiazza@guebertlaw.com
    acorbell@guebertlaw.com

AND

THE LAW OFFICES OF EDWARD CHAVEZ, JR.

    Edward Chavez, Jr.
    Post Office Box 25442

Albuquerque, New Mexico 87125
(505) 243-5900
(505) 243-5910 *facsimile*
chavezlaw@msn.com

*Attorneys for Plaintiffs*

**I HEREBY CERTIFY THAT A TRUE AND** correct copy of the foregoing pleading was forwarded to all parties and/or counsel of record via CM/ECF as of the date of filing.

*/s/Elizabeth M. Piazza, Esq.*
Elizabeth M. Piazza